In the Matter of the Probate of the Last Will and Testament of MARY CATHERINE LUCE, Deceased.— Decree so far as appealed from affirmed, with costs to the

46

administrator payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.